opinion filed March 29, 1948; released for publication April 9, 1948. Arthur Abraham, for appellants; Wm. E. Moran and Sherman & Lewis, for appellees; Irving S. Abrams, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. **Not to be published in full.**

## Mary A. Young, Appellant, v. Knickerbocker Hotel Company, Appellee.

### Gen. No. 44,295.

opinion filed March 29, 1948; rehearing denied April 9, 1948; released for publication April 9, 1948. Winston, Strawn & Shaw and Miller, Westervelt, Johnson & Thomason, for appellant; George B. Christensen, Gerard E. Grashorn, Edward J. Wendrow and Eugene R. Johnson, of counsel; O'Brien, Hanrahan & Keogh, for appellee; Richard E. Keogh and John D. Pope, of counsel. Opinion by JUSTICE FEINBERG. **Not to be published in full.**